**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                               CHAPTER 13:

SADIE LEE HARRIS                                                              CASE NO. 23-02684-JAW

**TRUSTEE'S MOTION AND NOTICE TO MODIFY PLAN**

COMES NOW, Trustee Torri Parker Martin, and files this, her Motion and Notice for Modification of Plan and in support thereof, would show unto the Court the following:

1. The Debtor filed her petition November 16, 2023.

2. The Court confirmed the Debtor's plan on March 8, 2024 which provided zero percent (0%) distribution over thirty-six (36) months to unsecured creditors.

3. The claim bar date passed January 25, 2025.

4. The total amount of timely filed and allowed unsecured creditors is $10,607.05.

5. As of today, the Debtor has $1,108.94 funds on-hand.

6. The Debtor's plan can be amended to increase distributions to timely filed and allowed unsecured creditors to fourteen percent (14%).

**WHEREFORE, PREMISES CONSIDERED**, Trustee prays this Motion and Notice for Modification be received and filed and at the hearing hereon an Order be entered increasing distribution to allowed unsecured creditors fourteen percent (14%) and authorizing the Trustee to make all changes necessary to the plan to bring about the above changes, and for such other, further, and general relief to which the Trustee and this bankruptcy estate may be entitled.

**NOTICE: TO ALL TIMELY FILED AND ALLOWED UNSECURED CREDITORS**

**YOU ARE HEREBY NOTIFIED THAT ANY RESPONSES OR OBJECTIONS TO THIS PROPOSED MODIFICATION MUST BE FILED BY WRITTEN PLEADING WITH THE CLERK, U.S. BANKRUPTCY COURT, 501 EAST COURT STREET, SUITE 2.300, JACKSON, MS 39201; WITH A COPY TO THE UNDERSIGNED CHAPTER 13 TRUSTEE, TORRI PARKER MARTIN, POST OFFICE BOX 31980, JACKSON, MS 39286-1980 AND THE U.S. TRUSTEE WITHIN THIRTY (30) DAYS OF THE DATE OF THIS NOTICE. IF NO OBJECTION IS TIMELY FILED, THE COURT MAY APPROVE THE PLAN AS MODIFIED. IN THE EVENT A WRITTEN RESPONSE IS FILED, A HEARING ON THIS MOTION WILL BE HEARD AS SET BY THE COURT.**

DATED: August 6, 2025

                                                      Respectfully submitted,

                                                      /s/Torri Parker Martin  
                                                      TORRI PARKER MARTIN  
                                                      CHAPTER 13 TRUSTEE  
                                                      200 North Congress St. Suite 400  
                                                      Jackson, MS 39201  
                                                      Ofc: (601) 981-9100  
                                                      Fax: (601) 981-1983  
                                                      tpm@tpmartinch13.com

## CERTIFICATE OF SERVICE

I, Torri Parker Martin, do hereby certify that I have this day submitted a true and correct copy of the above and foregoing Motion and Notice to Modify to the following, all by electronic, ECF filing, to: Abigail Marbury, Asst. U. S. Trustee, USTPRegion05.JA.ECF@usdoj.gov, 501 E. Court Street, Suite 6.430, Jackson, MS 39201, and


Thomas Carl Rollins, Jr., Esq.
trollins@therollinsfirm.com

Sadie Lee Harris
160 Gulde Road
Brandon, MS 39042

and

**All timely filed and allowed unsecured creditors listed on the attached Exhibit A**


DATED: August 6, 2025

                                               /s/ Torri Parker Martin
                                               Torri Parker Martin

"EXHIBIT A"

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 23-02684-JAW<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Wed Aug  6 10:43:38 CDT 2025 | * Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | * First Metropolitan Financial Services - Clin<br>c/o B Joey Hood II Attorney at Law PLLC<br>P.O. Box 759<br>Ackerman, MS 39735-0759 |
| * Flowering Peach BK LLC<br>PO Box 1149<br>Grapevine, Tx 76099-1149 | U.S. Bankruptcy Court<br>Thad Cochran U.S. Courthouse<br>501 E. Court Street<br>Suite 2.300<br>Jackson, MS 39201-5036 | 1st Franklin Financial<br>3823 Hwy 80 East<br>Suite 800-900<br>Pearl, MS 39208-4272 |
| 1st Franklin Financial Corporation<br>Attn: Administrative Services<br>PO Box 880<br>Toccoa Ga 30577-0880 | Ally Bank<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Amex<br>Po Box 981540<br>El Paso, TX 79998-1540 |
| Avant/WebBank<br>222 N Lasalle St<br>Suite 1600<br>Chicago, IL 60601-1112 | B. Joey Hood, II, Esq.<br>Attorney at Law, PLLC<br>For First Metropolitan Financial Service<br>P.O. Box 759<br>Ackerman, MS 39735-0759 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One N.A.<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Credit One Bank<br>Attn: Bankruptcy<br>6801 Cimarron Rd<br>Las Vegas, NV 89113-2273 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| * Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 | First Metropolitan Financial Services<br>Clinton branch<br>305 Highway 80 East<br>Clinton, MS 39056-4717 | Mercury/FBT<br>Attn: Bankruptcy<br>Po Box 84064<br>Columbus, GA 31908-4064 |
| Ollo Card Services<br>Attn: Bankruptcy<br>Po Box 9222<br>Old Bethpage, NY 11804-9222 | * Quantum3 Group LLC as agent for<br>Mercury Financial/First Bank & Trust<br>PO Box 788<br>Kirkland, WA  98083-0788 | Resurgent Receivables LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| * SAPIENTES FUNDING II, LLC<br>c/o Wakefield & Associates, LLC<br>PO Box 51272<br>Knoxville, TN 37950-1272 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | * Resurgent Capital Resurgent Receivables LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Sadie Lee Harris<br>160 Gulde Rd<br>Brandon, MS 39042-9420 | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236-3767 | Torri Parker Martin<br>Torri Parker Martin, Chapter 13 Bankrupt<br>200 North Congress Street, Ste. 400<br>Jackson, MS 39201-1902 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Flowering Peach BK LLC
PO Box 1149
Grapevine, Tx 76099-1149

End of Label Matrix
Mailable recipients 26
Bypassed recipients 1
Total 27