**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:**                                                          **CHAPTER 13:**

**SADIE LEE HARRIS**                                      **CASE NO. 23-02684-JAW**

**ORDER GRANTING MODIFICATION**

**THIS MATTER** came before the Court on the Trustee's Motion to Modify Plan (Docket #43). Thus, having fully considered the matter and finding no written objection having been filed within thirty (30) days, the Court does hereby order that the Trustee's Motion should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Trustee's Motion to Modify Plan is hereby granted.

##*END OF ORDER*##

SUBMITTED BY:

/s/ Torri Parker Martin
TORRI PARKER MARTIN
CHAPTER 13 TRUSTEE
200 North Congress St. Suite 400
Jackson, MS 39201
Ofc: (601) 981-9100
Fax: (601) 981-1983
tpm@tpmartinch13.com