

**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: September 22, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13: |
| SADIE LEE HARRIS | CASE NO. 23-02684-JAW |

### ORDER GRANTING MODIFICATION

**THIS MATTER** came before the Court on the Trustee's Motion to Modify Plan (Docket #43).  Thus, having fully considered the matter and finding no written objection having been filed within thirty (30) days, the Court does hereby order that the Trustee's Motion should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Trustee's Motion to Modify Plan is hereby granted.

*##END OF ORDER##*

SUBMITTED BY:


/s/ Torri Parker Martin
TORRI PARKER MARTIN
CHAPTER 13 TRUSTEE
200 North Congress St. Suite 400
Jackson, MS 39201
Ofc: (601) 981-9100
Fax: (601) 981-1983
tpm@tpmartinch13.com