**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: SADIE LEE HARRIS** **CHAPTER 13 NO: 23-02684-JAW**

**TRUSTEE'S NOTICE OF COMPLETION OF PLAN PAYMENTS**

PLEASE TAKE NOTICE that the above-referenced Debtor(s) have made all plan payments required to complete the confirmed Chapter 13 plan, filed in the above-styled and numbered bankruptcy proceeding.

Respectfully Submitted, this the **5th** day of **November 2026.**

/s/Torri Parker Martin
Torri Parker Martin
Chapter 13 Trustee
200 North Congress Street, Suite 400
Jackson, MS 39201
Tel: 601-981-9100
Fax: 601-981-1983