**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Sadie Lee Harris, Debtor** **Case No. 23-02684-JAW**
**Chapter 13**

**DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed: /s/ Sadie Lee Harris ________________ 11-09-2026____
Sadie Lee Harris Date

/s/ Thomas C. Rollins, Jr.________________ 11-09-2026___
Thomas C. Rollins, Jr., MS Bar No. 103469 Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

Jackson Office:
Danny L. Miller, Clerk
United States Bankruptcy Court
Thad Cochran US Courthouse
501 E Court St, Ste 2.300
Jackson, MS 39201

Gulfport Divisional Office:
Danny L. Miller, Clerk
United States Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th St, Suite 244
Gulfport, MS 39501

**CERTIFICATE OF SERVICE**

On November 13, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

/s/ Thomas C. Rollins, Jr._
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
SADIE LEE HARRIS

CASE NO: 23-02684

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13

On 11/13/2026, I did cause a copy of the following documents, described below,

MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/13/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

SADIE LEE HARRIS

CASE NO: 23-02684

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 11/13/2026, a copy of the following documents, described below,

MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/13/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-02684
SOUTHERN DISTRICT OF MISSISSIPPI
FRI NOV 13 9-46-1 PST 2026

CAPITAL ONE AUTO FINANCE A DIVISION OF CAPI
CO AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

FIRST METROPOLITAN FINANCIAL SERVICES CLIN
CO B JOEY HOOD II ATTORNEY AT LAW PLLC
PO BOX 759
ACKERMAN MS 39735-0759

FLOWERING PEACH BK LLC
PO BOX 1149
GRAPEVINE TX 76099-1149

~~EXCLUDE~~

~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2300~~
~~JACKSON MS 39201-5036~~

1ST FRANKLIN FINANCIAL
3823 HWY 80 EAST
SUITE 800-900
PEARL MS 39208-4272

1ST FRANKLIN FINANCIAL CORPORATION
ATTN ADMINISTRATIVE SERVICES
PO BOX 880
TOCCOA GA 30577-0880

ALLY BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE SC 29603-0368

AMEX
PO BOX 981540
EL PASO TX 79998-1540

AVANTWEBBANK
222 N LASALLE ST
SUITE 1600
CHICAGO IL 60601-1112

B JOEY HOOD II ESQ
ATTORNEY AT LAW PLLC
FOR FIRST METROPOLITAN FINANCIAL SERVICE
PO BOX 759
ACKERMAN MS 39735-0759

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CAPITAL ONE NA
BY AMERICAN INFOSOURCE AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

CREDIT ONE BANK
ATTN BANKRUPTCY
6801 CIMARRON RD
LAS VEGAS NV 89113-2273

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY OH 43054-3025

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY OH 43054-3025

FIRST METROPOLITAN FINANCIAL SERVICES
CLINTON BRANCH
305 HIGHWAY 80 EAST
CLINTON MS 39056-4717

~~EXCLUDE~~

~~(D)FLOWERING PEACH BK LLC~~
~~PO BOX 1149~~
~~GRAPEVINE TX 76099-1149~~

MERCURYFBT
ATTN BANKRUPTCY
PO BOX 84064
COLUMBUS GA 31908-4064

OLLO CARD SERVICES
ATTN BANKRUPTCY
PO BOX 9222
OLD BETHPAGE NY 11804-9222

QUANTUM3 GROUP LLC AS AGENT FOR
MERCURY FINANCIALFIRST BANK TRUST
PO BOX 788
KIRKLAND WA 98083-0788

RESURGENT RECEIVABLES LLC
PO BOX 10587
GREENVILLE SC 29603-0587

SAPIENTES FUNDING II LLC
CO WAKEFIELD ASSOCIATES LLC
PO BOX 51272
KNOXVILLE TN 37950-1272

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

RESURGENT CAPITAL RESURGENT RECEIVABLES LLC
PO BOX 10587
GREENVILLE SC 29603-0587

DEBTOR

SADIE LEE HARRIS
160 GULDE RD
BRANDON MS 39042-9420

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

~~EXCLUDE~~

~~TORRI PARKER MARTIN~~
~~TORRI PARKER MARTIN, CHAPTER 13 BANKRUPT~~
~~200 NORTH CONGRESS STREET, STE 400~~
~~JACKSON, MS 39201-1902~~